IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:     14-cv-01669-RBJ | Date: September 26, 2014 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| PURAC AMERICA INCORPORATED | David C. Holman |
| | Kenzo S. Kawanabe |
| | Chad D. Williams |
| **Plaintiff(s)** | |
| v. | |
| BIRKO CORPORATION | Andrew J. Petrie |
| **Defendant(s)** | |

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

Court in Session:  8:30 a.m.

Appearance of counsel.

Discussion held on [25] Motion to Dismiss.

**ORDERED:   [25] Partial Motion to Dismiss is DENIED AS MOOT.**

Discussion held on claims, counterclaims and settlement.

**EIGHT DAY JURY TRIAL** is set for **February 1, 2016, at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294 with a **TRIAL PREPARATION CONFERENCE** on **January 22, 2016, at 1:30 p.m**. in the same courtroom location.  Parties are to have exchanged and conferred on jury instructions, exhibit lists and witness lists.  Parties are to be prepared to discuss jury instructions and disputed pretrial matters at the Trial Preparation Conference. A pretrial order is not needed.

**The Court accepts the proposed limits and deadlines which include:**

Discovery cut-off:  June 30, 2015.

Dispositive motion deadline:  October 31, 2015.

Parties are limited to 30 interrogatories per side.

Discussion held on Kelly Green and protective orders.

**Proposed Scheduling Order was approved and entered with interlineations made by the court.**

Court in Recess: 8:55 a.m.            Hearing concluded.            Total time in Court:  00:25