IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2014-cv-01669-RBJ-MJW

PURAC AMERICA INCORPORATED, an Illinois corporation,

　　　　Plaintiff,

v.

BIRKO CORPORATION, a Colorado corporation,

　　　　Defendant.

## ORDER DISMISSING ACTION WITH PREJUDICE

　　　　This matter is before the Court on the Stipulated Dismissal with Prejudice [ECF No. 44] filed by Plaintiff Purac America Incorporated and Defendant Birko Corporation. Pursuant to Fed. R. Civ. P. 41(a)(1), the Court hereby dismisses this action with prejudice. It is further ordered that each party shall bear its own costs, expenses and attorneys' fees.

　　　　Dated this 8th day of June, 2015.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*/s/ Brooke Jackson*

　　　　　　　　　　　　　　　　　　　　R. Brooke Jackson
　　　　　　　　　　　　　　　　　　　　United States District Court Judge